IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RAMIE JAFFER OTHMAN,**

**Petitioner,**

**v.**

**ALBERTO GONZALES, et al.,**

**Respondents.**                                                            **No. 07-13-DRH**

**ORDER**

**HERNDON, Chief Judge:**

Before the Court is a Report and Recommendation ("R&R") (Doc. 15), issued on March 1, 2010, by United States Magistrate Judge Donald G. Wilkerson, recommending that Othman's § 2241 habeas petition (Doc. 1) be dismissed for lack of jurisdiction. Upon issuance, the R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within fourteen (14) days of service (See Doc. 15-1). Neither party has filed timely objections to the R&R.[1] Therefore, pursuant to **28 U.S.C. § 636(b)** this Court need not conduct a de novo review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**. Accordingly, the Court **ADOPTS** the R&R (Doc. 15) in its entirety. As such, Othman's § 2241 habeas

---

[1] The Court notes that a copy of the R&R was sent to petitioner Othman but that it was returned as undeliverable (Doc. 16). It is apparent that Petitioner's address changed subsequent to his release from the Tri-County Detention Center, but Petitioner did not apprise the Court of his new address as he is required to do.

petition (Doc. 1) is **DISMISSED for lack of subject matter jurisdiction**.  The Court will close the case file.

        **IT IS SO ORDERED.**

Signed this 19th day of March, 2010.

                              /s/   DavidRHerndon
                              **Chief Judge**
                              **United States District Court**